498

relevant contract language, and therefore cannot now be heard to say that the award exceeded the scope of the arbitrator's authority.

We have considered the remaining contentions, including respondent's request for attorneys' fees and costs, and find them unavailing. Concur—Saxe, J.P., Sweeny, Richter, Abdus-Salaam and Román, JJ.

■ JAMES CUMMINGS, Petitioner, v EDUARDO PADRO, Respondent. [951 NYS2d 674]—

Concur—Saxe, J.P., Sweeny, Richter, Abdus-Salaam and Román, JJ.

(October 11, 2012)

■ F. ISAAC HAKIM, Respondent, v KAMRAN HAKIM et al., Appellants. [953 NYS2d 1]—

In late 1997 or early 1998, plaintiff F. Isaac Hakim (Isaac) located a business opportunity involving a triple net lease of a commercial office building at 41 West 57th Street. Isaac approached his uncle, defendant Kamran Hakim (Kamran), about entering into a joint venture to lease the property. Isaac thereaf-